UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**ORIGINAL**

THE UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. ) CAUSE NO. No: 1:11-CR-191-SEB-KPF-03
)
IDENTITY UNDER SEAL, )
)
         Defendant. )

**FILED**

FEB 0 2 2012

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

<u>DOCUMENT FILED UNDER SEAL</u>

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:11-CR-191-SEB-KPF-03 ) |
| JOHN REX POWELL, a.k.a JOHN DOE NUMBER 3, | ) ) ) |
| Defendant. | ) ) |

## MOTION TO ALLOW TEMPORARY CUSTODY OF DETAINEE FILED UNDER SEAL

Comes now the United States of America, by counsel, Joseph H. Hogsett, United States Attorney for the Southern District of Indiana, and Steven D. DeBrota, Assistant United States Attorney, and moves the Court for an Order under seal allowing Postal Inspector Thomas Henderson, United States Postal Inspection Service, to obtain temporary custody of John Rex Powell, presently being held by the United States Marshal, for the purpose of an interview, said temporary custody to be only during working hours on February 2, 2012

This request is made for the purpose of alleviating the necessity for a Deputy United States Marshal to be present during the interview which would restrict the manpower of the United States Marshal's Service. Further, this request is with the consent of Kathleen Sweeney, attorney for John Rex Powell, who will be present during the interview.

WHEREFORE, the United States of America prays that this Court issue an Order under seal allowing Postal Inspector Thomas Henderson, United States Postal Inspection Service, to obtain temporary custody of John Rex Powell, from the United States Marshal, Southern District of Indiana, on February 2, 2012

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

By: _____
Steven D. DeBrota
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing Motion for Temporary Custody upon the defendant herein, by ECF/PACER thereof to counsel of record, on February 2, 2012.

Kathleen Sweeney

Steven D. DeBrota
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333