UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ORIGINAL FILED
FEB 0 2 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. No: 1:11-cr-191-SEB-KPF-05 |
| ) | |
| IDENTITY UNDER SEAL, ) | |
| ) | |
| Defendant. ) | |

DOCUMENT FILED UNDER SEAL

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:11-CR-191-SEB-KPF-03 ) |
| JOHN REX POWELL, a.k.a JOHN DOE NUMBER 3, | ) ) ) |
| Defendant. | ) |

## ORDER UNDER SEAL

This matter comes before the Court on the Motion of the United States of America allowing Postal Inspector Thomas Henderson and other law enforcement officers, to obtain temporary custody of John Rex Powell, defendant herein, presently being held by the United States Marshal, for the purpose of debriefing, the request being made with the consent of Kathleen Sweeney, attorney for John Rex Powell, who has agreed to the debriefing, and will be present.

The Court, after considering the Motion and being duly advised in the premises, now GRANTS the Motion.

It is therefore ORDERED that Postal Inspector Thomas Henderson and other law enforcement officers, be and hereby are allowed to obtain temporary custody of John Rex Powell, from the United States Marshal, for the purpose of debriefing on February 2, 2012, and THIS ORDER BE SEALED.

So ORDERED this date: 2 FEB 2012

Kennard P. Foster  Mark J. Dinsmore
United States Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

Steven D. DeBrota
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204-3048
steve.debrota@usdoj.gov

Kathleen Sweeney