UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cr-00191-SEB-DKL-3 |
| | ) | 1:12-cr-00023-SEB-DML |
| JOHN REX POWELL, | ) | 1:14-cr-00201-SEB-DKL |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for March 12, 2015

On this date, Defendant appeared in person, in custody, together with Counsel Kathleen Sweeney and Charles Hayes, and the Government appeared by AUSA Steven DeBrota, together with the Government's investigative agent, Brian Bone. Michelle Fitzgerald appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Jean Knepley.

- The sentencing hearing resumed.

- The victim's family was present via video teleconference.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Incarceration:  360 months on each count, to run concurrently

    (Count 1 in 1:11-cr-191, Count 1 in 1:12-cr-00023, and Count 1 in 1:14-cr-00201)

    Supervised Release:  Lifetime

    Special Assessment: $300.00

    Restitution: $303.020.00

- The Court granted the Government's oral request to dismiss the remaining counts. The Government will follow up with a written motion

- Defendant was remanded to the custody of the U.S. Marshal.
- The proceedings were adjourned

Distribution: All ECF counsel of record